UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | | |
|---|---|---|
| ORCHID ORTHOPEDIC SOLUTIONS, LLC, | ) | |
| Plaintiff, | ) | |
| | ) | No. 1:22-cv-491 |
| -v- | ) | |
| | ) | Honorable Paul L. Maloney |
| MODAL MANUFACTURING, LLC, *et al.*, | ) | |
| Defendants. | ) | |
| | ) | |

## JUDGMENT

Because the addition of one or more defendants undermines diversity, this Court lacks subject-matter jurisdiction over the action. As required by Rule 58 of the Federal Rules of Civil Procedure, **JUDGMENT ENTERS.**

**THIS FEDERAL ACTION IS TERMINATED AND THE MATTER IS REMANDED TO THE INGHAM COUNTY CIRCUIT COURT.**

**IT IS SO ORDERED.**

Date:   September 20, 2022                                          /s/ Paul L. Maloney
                                                                                    Paul L. Maloney
                                                                                    United States District Judge